# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| GILBERTO RODRIGUEZ CORTINA § | |
| § | CIVIL NO: |
| vs. § | EP:25-CV-00523-DB |
| § | |
| KRISTI NOEM, MARY DE § | |
| ANDA-YBARRA, PAMELA BONDI, TODD | |
| LYONS | |

## ORDER SETTING HEARING ON ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON ORDER TO SHOW CAUSE** in District Courtroom, Room 722, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Thursday, November 13, 2025 at 02:30 PM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 6th day of November, 2025.

_____
DAVID BRIONES
SENIOR U.S. DISTRICT JUDGE