# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **GILBERTO RODRIGUEZ CORTINA,** | § | |
|     **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-25-CV-00523-DB** |
| | § | |
| **MARY DE ANDA-YBARRA**, *et al.,* | § | |
|     **Respondents.** | § | |
| | § | |

## ORDER

On this day, the Court considered the above-captioned case. On November 5, 2025, Petitioner Gilberto Rodriguez Cortina filed a "Petition for Writ of Habeas Corpus," ECF No. 1. In his Petition, Petitioner asked this Court to "(1) [a]ssume jurisdiction over this matter; (2) [i]ssue an Order to Show Cause ordering Respondents to show cause why Petition should not be granted within three days; (3) [d]eclare that Petitioner's detention violates the Due Process Clause of the Fifth Amendment, as well as the Fourth Amendment; (4) [i]ssue a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately; (5) [i]ssue a Restraining Order preventing Respondents from moving Petitioner out of Texas; (6) [a]ward Petitioner attorney's fees and costs under the Equal Access to Justice Act, and on any other basis justified under law; and (7) [g]rant any further relief this Court deems just and proper." *Id.* at 19. On November 18, 2025, the Court issued its memorandum order and opinion wherein the following orders issued:

> IT IS HEREBY ORDERED the Petitioner Gilberto Rodriguez Cortina's "Petition for Writ of Habeas Corpus," ECF No. 1, is GRANTED IN PART. IT IS FURTHER ORDERED Respondents SHALL PROVIDE Petitioner with a bond hearing before an immigration judge no later than November 25, 2025 at which the government shall bear the burden of justifying, by clear and convincing evidence, the dangerousness or flight risk for Petitioner's continued detention; or (2) release Petitioner from

custody, under reasonable conditions of supervision, during the pendency of his removal proceedings. IT IS FURTHER ORDERED Respondents SHALL FILE an advisory informing the Court when the bond hearing will be held in accordance with the preceding order no later than November 21, 2025. IT IS FINALLY ORDERED Respondents SHALL FILE an advisory informing the Court, in detail, of the reasons for the IJ's bond hearing decision no later than November 28, 2025.

ECF No. 13 at 12–13. On November 28, 2025, Respondents filed an "Advisory to the Court," ECF No. 15, stating that "[p]ursuant to the Court's Order (ECF No. 13), Respondents notify the Court Petitioner's bond redetermination hearing was held on November 24, 2025. ECF No. 13 at 13; *see also* Ex. A (Order of the Immigration Judge). The immigration judge ordered the release of Petitioner on a $1,500.00 bond (did not provide reasoning in the order) and Petitioner was released from ICE custody on November 25, 2025. See Ex. A." ECF No. 15 at 1.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than December 5, 2025.**

**SIGNED** this **1st** day of **December 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE